```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    GINA T. LE
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    CHRISTOPHER ALLEN COX
 8

 9
```

10               IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

| 14 | UNITED STATES OF AMERICA, | ) | No. 2:11-CR-00120-GGH |
|----|---|---|---|
| 15 | Plaintiff, | ) | AMENDED |
|    |  | ) | STIPULATION AND ORDER |
| 16 | v. | ) |  |
|    |  | ) |  |
| 17 | CHRISTOPHER ALLEN COX, | ) | Date: June 20, 2011 |
|    |  | ) | Time: 9:00 a.m. |
| 18 | Defendant. | ) | Judge: Hon. Gregory G. Hollows |
|    |  | ) |  |
| 19 | _____ | ) |  |

20

21      It is hereby stipulated and agreed to between the United States of

22 America through Camil Skipper, Assistant United States Attorney, and

23 Christopher Allen Cox, by and through his counsel, Linda C. Harter,

24 that the sentencing hearing presently scheduled for June 13, 2011, be

25 vacated and rescheduled for June 20, 2011 at 9:00 a.m.  This

26 continuance is to allow the parties time to review the presentence

27 report given by Probation.

28      The parties request the following new schedule for the Presentence

Investigation Report:

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Draft Date | April 25, 2011 | May 9, 2011 |
| Informal Objections | May 16, 2011 | May 23, 2011 |
| PSR Report Date | May 23, 2011 | May 31, 2011 |
| Motion for Correction of the PSR | May 31, 2011 | June 6, 2011 |
| Reply or statement of non-opposition | June 6, 2011 | June 13, 2011 |
| Judgment & Sentencing | June 13, 2011 | June 20, 2011 |

Defense counsel has consulted with United States Probation Officer Rick Elkins, who concurs with these dates.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1  Defense counsel provided a copy of this stipulation to counsel for
2  the Government on April 26, 2011.  On that same date, counsel for the
3  Government agreed that Defense counsel could sign this stipulation on
4      her behalf.

Dated:  April 26, 2011

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Rachelle Barbour for:
                                          LINDA C. HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          CHRISTOPHER ALLEN COX

Dated: April 26, 2011                BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ Camil Skiipper
                                          CAMIL SKIPPER
                                          Assistant U.S. Attorney


**O R D E R**

    IT IS SO ORDERED.

Dated: April 28, 2011                /s/ Gregory G. Hollows
                                          _____
                                          GREGORY G. HOLLOWS
                                          United States Magistrate Judge