

**FILED**

JUN 20 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

**UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
VS.

Christopher Allen Cox

CASE/CITATION NO. 2:11CR00120-GGH

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____

CITY        STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 6/20/11                         _____
                                      DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $600.00 and a penalty assessment of $25.00 Already paid for a TOTAL AMOUNT OF: $525.00 within today days/months; or payments of $_____ per month, commencing _____ and due on the _____ of each month until paid in full.
(X) Restitution: $384.00 _____
( ) Community Service _____ with fees not to exceed $ _____
   completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

**CENTRAL VIOLATIONS BUREAU**          **CLERK, USDC**              **CLERK, USDC**
**PO BOX 70939**                       **2500 TULARE ST., RM. 1501**  **501 I STREET, STE. 4-200**
**CHARLOTTE, NC 28272-0939**           **FRESNO, CA 93721-1322**      **SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 6/20/11                    _____
                                 U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-SST                                                                    EDCA-3